UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD R. SALTER,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-1444 |
| v. | : | (JUDGE MANNION) |
| **C.J. MCKEOWN,** | : | |
| Defendant | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The motion for summary judgment, filed on behalf of Defendant C.J. McKeown (Doc. 25) is **GRANTED**. Judgment is hereby entered in favor of Defendant C.J. McKeown and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  December 10, 2020**
19-1444-01-ORDER